# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **DEREK RABALAIS & PAMELA RABALAIS, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, ADDIE CLAIRE RABALAIS & OLIVIA RABALAIS** | * * * * * | **CIVIL ACTION NO.:** |
| **Plaintiffs** | * * | **SECTION:** |
| **VERSUS** | * * | |
| **STRATEGIC RESTAURANTS ACQUISITION COMPANY, LLC, D/B/A BURGER KING, ET AL** | * * * | **MAG. JUDGE:** |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NAVIGATORS INSURANCE COMPANY'S
## RULE 7.1 DISCLOSURE STATEMENT

**NOW INTO COURT,** comes Defendant, Navigators Insurance Company ("Navigators"), and submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Navigators is owned one-hundred percent (100%) by The Navigators Group, Inc., which is owned one-hundred percent (100%) by The Hartford Financial Services Group, Inc. No parent entity or publicly held entity owns 10% or more of the stock of The Hartford Financial Services Group, Inc.

Dated: August 7, 2019.

Respectfully Submitted,

*s/ Rachel G. Webre*
RACHEL G. WEBRE (No. 26907)
MICHAEL D. CANGELOSI (No. 30427)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: rwebre@glllaw.com;
mcangelosi@glllaw.com

*Attorneys for Navigators Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been electronically filed this date and delivered to all counsel of record by Notice of Electronic Filing from the Court, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, by hand delivery, via facsimile transmission or via electronic mail from the undersigned counsel, this 7th day of August, 2019.

*/s/ Rachel G. Webre*
RACHEL G. WEBRE